THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Jermaine Jackson,       
Appellant.
 
 
 

Appeal From Richland County
J. Ernest Kinard, Jr., Circuit Court Judge

Unpublished Opinion No. 2005-UP-277
Submitted April 1, 2005- Filed April 20, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, for Appellant.  
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Warren Blair Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Jermaine Jackson appeals his guilty plea to assault and battery of a high and aggravated nature.  Counsel for Jackson attached to the final brief a petition to be relieved as counsel.  Jackson did not file a separate pro se response.
After a review of the record as required by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues that are arguable on their merits.  Accordingly, we dismiss Jacksons appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.
GOOLSBY, HUFF, and STILWELL, JJ., concur.